**THE ESTLE LAW FIRM**
12520 High Bluff Drive, Suite 265
San Diego, California 92130
Telephone (858)720-0890
Facsimile (858) 720-0092

Mark D. Estle (CA Bar No. 135004)

Attorney for Movant HSBC BANK NEVADA, N.A.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>CHARLES MICHAEL LITTLEFIELD AND MICHELE LEIGH LITTLEFIELD,<br><br>Debtor(s). | Case No. 10-40363-EDJ<br>Chapter 13<br><br>STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY |

TO ALL PARTIES OF INTEREST:

PLEASE TAKE NOTICE THAT Movant HSBC BANK NEVADA, N.A. and Debtors CHARLES MICHAEL LITTLEFIELD AND MICHELE LEIGH LITTLEFIELD by and through their attorneys of record hereby stipulate to an Order granting Relief from the Automatic Stay.

IT IS HEREBY STIPULATED THAT:

1. Debtor is surrendering the subject vehicles described as a 2005 SHORE, VIN: 1MDCDYJ145A290 and a 2005 YAMAHA WAVE RUNNER VX110 DELUXE, VIN: YAMA1591A505 (the "Collateral").

2. HSBC BANK NEVADA, N.A. ("Movant") is granted immediate relief from the automatic stay, pursuant to 11 U.S.C. §362 for all purposes necessary under state law, permitting Movant to exercise its lawful remedies under its security instruments and

non-bankruptcy law, including but not limited to the right to repossess and sell the Collateral.

   3.   The 14-day waiting period prescribed by Federal Rules of Bankruptcy Procedure, Rule 4001 (a)(3) is waived.

   4.   In the event this Chapter 13 proceeding is converted to another chapter, this Order shall remain binding and effective in any such converted proceeding as to the parties herein.

   5.   This Stipulation may be executed in counterparts, and facsimile signatures shall be deemed originals.

THE ESTLE LAW FIRM

Dated: 8/23/2010            /s/Mark D. Estle
                            MARK D. ESTLE, ESQ.
                            Attorney for
                            HSBC BANK NEVADA, N.A.

LAW OFFICES OF PATRICK L. FORTE

Dated: 7/1/2010             /s/Patrick L. Forte
                            PATRICK L. FORTE, ESQ.
                            Attorney for Debtors

The Chapter 13 Trustee has no opposition to the Relief requested herein and consents to relief from stay against the estate pursuant to the terms set forth above:

Dated: 8/23/2010            /s/Martha G. Bronitsky
                            MARTHA G. BRONITSKY
                            Chapter 13 Trustee