Entered on Docket
August 27, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: August 27, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

THE ESTLE LAW FIRM
Mark D. Estle, Esq.
(CA Bar No. 135004)
12520 High Bluff Drive
Suite 265
San Diego, CA 92129
Phone (858) 720-0890
Fax (858) 720-0092

Attorney for Movant HSBC BANK NEVADA, N.A.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>CHARLES MICHAEL LITTLEFIELD<br>AND MICHELE LEIGH LITTLEFIELD,<br><br>Debtor (s). | Case No. 10-40363-EDJ<br>Chapter 13<br><br>ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY |

    Pursuant to the Stipulation of the parties filed on August 23, 2010, as document #29 and, GOOD CAUSE APPEARING, the Stipulation is approved and hereby made an Order of the Court.

\* \* END OF ORDER \* \*

COURT SERVICE LIST

| | |
|---|---|
| Charles Michael Littlefield<br>5221 Rainwood Way<br>Antioch, CA 94531 | Debtors |
| Michele Leigh Littlefield<br>5221 Rainwood Way<br>Antioch, CA 94531 | |
| Corrine Bielejeski<br>Law Offices of Patrick L. Forte<br>1 Kaiser Plaza #480<br>Oakland, CA 94612 | Attorneys for Debtors |
| Patrick L. Forte<br>Law Offices of Patrick L. Forte<br>1 Kaiser Plaza #480<br>Oakland, CA 94612-3610 | |
| MARTHA G. BRONITSKY<br>P.O. BOX 5004<br>HAYWARD, CA 94540-5004 | Chapter 13 Trustee |
| OFFICE OF THE U.S. TRUSTEE/OAK<br>OFFICE OF THE U.S. TRUSTEE<br>1301 CLAY ST. #690N<br>OAKLAND, CA 94612 | U.S. Trustee |
| Mark D. Estle, Esq.<br>The Estle Law Firm<br>12520 High Bluff Drive, Suite 265<br>San Diego, CA 92130 | Attorney for Movant |