PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

**The following constitutes
the order of the court. Signed April 13, 2012**

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 10-40363 MEH** |
| **CHARLES MICHAEL LITTLEFIELD and MICHELE LEIGH LITTLEFIELD,** | **Chapter 13** |
| Debtors. | <u>**ORDER MODIFYING CHAPTER 13 PLAN**</u> |
| _____/ | |

    The above named debtors having served an Amended Motion to Modify Chapter 13 Plan on March 15, 2012, and there being no objections thereto, or the objections received, if any, have been withdrawn and good cause appearing therefor;

    **IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

    (1) Commencing March 2012, debtors will pay $880.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

    (2) Debtors move to allow the real property located at 5221 Rainwood Way, Antioch, CA 94531 to revest in the Chapter 13 Trustee effective upon entry of an Order granting this amended motion. Pursuant to this proposed modification, the Chapter 13 Trustee shall have no responsibility or

1 obligation whatsoever with respect to said real property including, but
2 not limited to the mortgage payments, property taxes, insurance,
3 homeowner's association dues, or tax filing requirements.

**END OF ORDER**

**COURT SERVICE LIST**

**Attn: Officer or Managing Agent
Bank of America, NA
101 S. Tryon Street
Charlotte, NC 28202**